# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID HENDERSON AND DEANNA HENDERSON** | CIVIL ACTION NO.: |
| | SECTION: |
| versus | JUDGE: |
| **JAYCO, INC. OF INDIANA DIXIE MOTORS, LLC AND BANK OF THE WEST** | MAGISTRATE JUDGE |

## NOTICE OF REMOVAL

Defendants Jayco, Inc. of Indiana ("Jayco") and Dixie Motors, LLC ("Dixie") hereby give notice and remove this action from the 21st Judicial District Court, Tangipahoa Parish, State of Louisiana, pursuant to 28 U.S.C. §§ 1441 and 1446, and based on the Court's jurisdiction under 28 U.S.C. § 1332. In support of this removal, and reserving all rights, objections, defenses, and motions, Jayco and Dixie assert the following:

1.

On November 18, 2019, David Henderson and Deanna Henderson (collectively the "Hendersons") filed a state court Petition in the matter captioned *"David Henderson and Deanna Henderson v. Jayco, Inc. of Indiana, Dixie Motors, LLC and Bank of the West,"* No. 2019-0003664, Division A, in Louisiana's 21st Judicial District Court, Tangipahoa Parish, Louisiana. For purposes of this pleading, the state court filing is referred to herein as the "Petition."

{B1298252.2}

Plaintiffs filed their state court suit on November 18, 2019. Thus, this Notice of Removal is filed timely, as required by 28 U.S.C § 1446(b), because it was filed within thirty days of defendants' receipt of the suit and within one year of the filing of the Petition.

**BASIS FOR REMOVAL**
**DIVERSITY JURISDICTION**

2.

28 U.S.C. § 1446(a) requires only a "short and plain statement of the grounds for removal."

3.

This Court has jurisdiction over this action under 28 U.S.C. §§ 1332 and 1441 because at the time the Petition was filed and at the time of removal: (a) there was and is complete diversity of citizenship between the Hendersons and each of the removing defendants, and (b) the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.

According to the Petition, the Hendersons are both Tennessee residents. *See* Petition, ¶1.

5.

The Petition alleges that Jayco is an Indiana corporation which is registered to do business in Louisiana. *See* Petition, ¶2.

6.

The Petition alleges that Dixie is a Louisiana limited liability company authorized to do business in Louisiana.  *See* Petition, ¶3.

7.

For purposes of diversity jurisdiction, the citizenship of a limited liability company like Dixie is determined by the citizenship of its members.

8.

The members of Dixie are Gregory A. LaLa and Stephen Guidry, both of whom are domiciled in Louisiana and residents of Louisiana.

9.

On information and belief, Defendant Bank of the West is a California corporation with its principal place of business in San Francisco, California.

10.

Consequently, complete diversity of citizenship exists between the parties.

11.

As to the amount in controversy, a district court has jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332(a) when "the matter in controversy exceeds the sum or value of $75,000."

12.

The removing party meets its burden of proving the requisite jurisdictional amount if it: (1) demonstrates that it is apparent from the face of the Petition that the claims are likely to exceed the jurisdictional amount; or alternatively, (2) sets

forth "summary judgment type evidence" of facts in controversy that support a finding of the requisite amount. *Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002); *Allen v. R. & H. Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995). "[D]efendants do not need to attach evidence supporting the alleged amount in controversy to the notice of removal." *Statin v. Deutsche Bank Nat. Tr. Co.*, 599 Fed.Appx. 545, 546 n.1 (5th Cir. 2014). "When a plaintiff invokes federal-court jurisdiction, the plaintiff's amount-in-controversy allegation is accepted if made in good faith." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S.Ct. 547, 553 (2014). Only a "short and plain statement of the grounds for removal" is required. *Id.* at 554.

13.

When a plaintiff does allege a specific amount of damages, then the sum claimed by the plaintiff will control if that claim is apparently made in good faith. *Brand Energy Sols., LLC v. Rakocy*, 2016 U.S. Dist. LEXIS 179703, at *5 (E.D. La. Dec. 29, 2016).

14.

Although defendants deny any liability to the Hendersons, defendants allege that: (a) on the face of the Henderson's Petition, and upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds $75,000; and (b) the Hendersons have not alleged in their Petition that the amount in controversy falls below that amount.

15.

This action asserts claims of redhibition and damages, including recovery of attorney's fees, all of which arise from the Hendersons' purchase of a 2019 Jayco Entegra Insignia Model 44R motorhome.  *See* Petition, ¶8.

16.

The purchase price of the Hendersons' motorhome was $301,329.45.  *See* Petition, ¶9.

17.

 In connection with their claims, the Hendersons seek a full rescission of the sale of their motorhome and return of their purchase price, along with recovery of other damages, and attorney's fees.  *See* Petition, ¶26.

18.

In addition to a return of their purchase price, Louisiana redhibition law allows buyers like the Hendersons to recover expenses "occasioned by the sale" and preservation expenses.  *See* La. Civ. Code art. 2531.  They also may be entitled to recovery of attorney's fees.  *See* La. Civ. Code. art. 2545.

19.

Attorney's fees may be included to determine the amount in controversy when such fees are permitted by contract or a state statute. *Foret v. Southern Farm Bureau Life Ins. Co.*, 918 F.2d 534, 537 (5th Cir. 1990). *See also Kent Materials, LLC v. Dirt Works*, 2016 U.S. Dist. LEXIS 119107, at *14 (M.D. La. Aug. 11, 2016) (citing *Quebe v. Ford Motor Co.*, 908 F. Supp. 446, 449 (W.D. Tex. 1995)).

{B1298252.2}                                  5

20.

Thus, based on the allegations made in the Hendersons' petition, a sufficient amount in controversy exists to support diversity subject matter jurisdiction.

## VENUE

21.

The United States District Court for the Eastern District of Louisiana is the federal judicial district embracing the 21st Judicial District Court for Tangipahoa Parish, State of Louisiana and, thus, venue is proper in this district pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C § 98(a).

## REMOVAL PROCEDURE

22.

Defendants have attached a copy of all process, pleadings and orders served upon it in accordance with 28 U.S.C. § 1446(a) as Exhibit "1", *en globo.*

23.

Pursuant to 28 U.S.C. § 1446(d), undersigned counsel certifies that this Notice of Removal will be served promptly on the Hendersons and will be filed with the Clerk of Court for the 21st Judicial District Court, Tangipahoa Parish, Louisiana.

24.

Defendants reserve the right to amend or supplement this Notice.

25.

Defendants Jayco and Dixie have joined in this notice of removal. On information and belief, defendant Bank of the West has not been served as of the time of this removal, and thus, its consent is not required.

For these reasons, defendants pray that this Notice of Removal be considered good and sufficient

Dated: December 13, 2019.  Respectfully submitted:

**Jones Walker L.L.P.**

*/s/ Ryan E. Johnson*
James C. Percy (La. Bar. No 10413)
Ryan E. Johnson (La. Bar No. 26352)
Justin J. Marocco (La. Bar No. 35226)
445 North Boulevard, Suite 800
Baton Rouge, Louisiana 70802
Telephone: (225) 248-2000
Facsimile: (225) 248-3080
rjohnson@joneswalker.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this pleading has been filed through the Court's CM/ECF filing system. I further certify that I will serve a copy of this pleading by U.S. Mail and/or electronic mail, along with the attachments thereto, to counsel for parties this 13th day of December, 2019.

    Richard C. Dalton
    1343 West Causeway Approach
    Mandeville, Louisiana 70471
    *Attorney for Plaintiffs*

    Bank of the West
    Through its registered agent:
    C T Corporation System
    3867 Plaza Tower Drive
    Baton Rouge, Louisiana 70816

                                          *s/ Ryan E. Johnson*